**FILED**

September 13, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>YOLANDA BANKS, )<br>)<br>Defendant. ) | CASE NUMBER: 2:10-mj-00273-GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __Yolanda Banks__ ; Case _2:10-mj-00273-GGH_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $25,000.00 co-signed by Sue Banks.

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) Pretrial Supervision/Conditions.

Issued at _Sacramento, CA_ on _13_ at _3:44_ .

By _____
Kendall J. Newman
United States Magistrate Judge